CORREEN FERRENTINO
State Bar No. 172485
FERRENTINO & ASSOCIATES, INC.
949 South Coast Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 973-2024
Fax: (714) 973-2025
E-Mail: cori@ferrentinolaw.com

Attorneys for Victor Rene Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RENE HERNANDEZ<br><br>*Petitioner,*<br><br>vs.<br><br>JEFFREY BEARD ET AL.<br>*Respondent.* | CASE No.: 2:16-cv-00328-JAM CKD (HC)<br><br>ORDER GRANTING PETITIONER'S EXTENSION OF TIME TO FILE OBJECTIONS |

**GOOD CAUSE APPEARING,** Petitioner's motion for extension to file Petitioner's Objections is GRANTED. Petitioner shall file the objections by November 16, 2018.

**IT IS SO ORDERED.**

Dated: October 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1